# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-28, )<br>)<br>Defendants. )<br>) | Civil Case No. 2:12-cv-13311-LPZ-MAR |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were issued the IP addresses 24.180.234.247, 24.231.205.230, 71.10.147.170, 71.10.50.89, 68.40.18.52, 68.43.147.209, 68.43.195.154, 68.43.209.177, 68.43.87.118, 68.62.110.74, 69.136.133.25, 71.205.171.57, 71.205.2.180, 71.238.200.141, 71.238.6.5, 76.112.100.46, 76.112.211.93, 76.112.23.104, 76.112.30.131, 76.122.155.174, 98.209.224.202, 24.192.9.135, 50.4.164.151, 67.149.149.208, 69.14.201.60, 69.14.214.33, 69.47.64.66 and 75.118.242.54, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 24, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti, Esq. (P44419)
      36880 Woodward Ave, Suite 100
      Bloomfield Hills, MI 48304
      Tel: (248) 203-7800
      Fax: (248) 203-7801
      E-Fax: (248) 928-7051
      Email: paul@nicoletti-associates.com
      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 24, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*